UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Lamar Brown,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:22-cv-00499-RFB-NJK<br><br>ORDER |

  Petitioner filed an application to proceed *in forma pauperis* accompanied by a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. The court takes judicial notice that, approximately two weeks later, the petitioner submitted an *in forma pauperis* application and petition that was assigned a different case number. *See* Case No. 2:22-cv-00564-RFB-BNW. Petitioner's submission in that case is identical, except that it includes a few pages omitted from his submission in this case. In that case, the court issued an order allowing the petitioner 45 days to perfect his defective *in forma pauperis* application. *See id*.; ECF No. 3. Because the court has yet to enter an order in this case and the cases are duplicative, this case will be administratively closed.

  IT THEREFORE IS ORDERED that the Clerk of Court shall administratively close this case. Petitioner shall file all future documents only in Case No. 2:22-cv-00564-RFB-BNW.

  DATED: May 19, 2022.

　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge